

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
09/06/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $505.07 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 08/26/2013 | 09/01/2013 | 09/06/2013 | D0057392 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 16.00 | $281.12 | | | | |
| VAC PAY | 24.00 | $421.68 | | | | |
| SHIFT | 40.00 | $30.00 | | | | |
| GROSS PAY | | $732.80 | $31,885.42 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,096.56 | | | |
| RX STANDARD | | -$2.08 | $74.88 | | | |
| DENTAL PLAN | | $8.54 | $307.44 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,329.12 | | | |
| ADJ GROSS | | $695.88 | $30,556.30 | | | |
| SP BEFORE-TAX | | $21.98 | $956.49 | | | |
| EARNINGS | | $673.90 | $29,599.81 | | | |
| FED INC TAX | | $48.73 | $2,848.04 | | | |
| FICA | | $43.14 | $1,894.49 | | | |
| MEDICARE | | $10.09 | $443.07 | | | |
| WISCONSIN | | $37.14 | $1,644.64 | | | |
| TOTAL TAXES | | $139.10 | | | | |
| PAI FLEX | | $.60 | $21.60 | | | |
| METLIFE OPT L | | $4.13 | $137.41 | | | |
| DD FIXED 1 | | $25.00 | $900.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                    **Net Pay**          $505.07

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                    12/10/2013

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
09/13/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | | Net Pay $517.96 | |
|---|---|---|---|

| MESSAGE AREA | FEDERAL | | STATE | |
|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 09/02/2013 | 09/08/2013 | 09/13/2013 | D0057546 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 24.00 | $433.20 | | | | |
| VAC PAY | 8.00 | $144.40 | | | | |
| HOLIDAY | 8.00 | $144.40 | | | | |
| SHIFT | 40.00 | $30.00 | | | | |
| GROSS PAY | | $752.00 | $32,637.42 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,127.02 | | | |
| RX STANDARD | | -$2.08 | $76.96 | | | |
| DENTAL PLAN | | $8.54 | $315.98 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,366.04 | | | |
| ADJ GROSS | | $715.08 | $31,271.38 | | | |
| SP BEFORE-TAX | | $22.56 | $979.05 | | | |
| EARNINGS | | $692.52 | $30,292.33 | | | |
| FED INC TAX | | $51.52 | $2,899.56 | | | |
| FICA | | $44.34 | $1,938.83 | | | |
| MEDICARE | | $10.37 | $453.44 | | | |
| WISCONSIN | | $38.60 | $1,683.24 | | | |
| TOTAL TAXES | | $144.83 | | | | |
| PAI FLEX | | $.60 | $22.20 | | | |
| METLIFE OPT L | | $4.13 | $141.54 | | | |
| DD FIXED 1 | | $25.00 | $925.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**            Net Pay        $517.96

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                    12/10/2013

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
09/20/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | | Net Pay $517.98 | |
|---|---|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 09/09/2013 | 09/15/2013 | 09/20/2013 | D0057700 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 36.00 | $649.80 | | | | |
| VAC PAY | 4.00 | $72.20 | | | | |
| SHIFT | 40.00 | $30.00 | | | | |
| GROSS PAY | | $752.00 | $33,389.42 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,157.48 | | | |
| RX STANDARD | | -$2.08 | $79.04 | | | |
| DENTAL PLAN | | $8.54 | $324.52 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,402.96 | | | |
| ADJ GROSS | | $715.08 | $31,986.46 | | | |
| SP BEFORE-TAX | | $22.56 | $1,001.61 | | | |
| EARNINGS | | $692.52 | $30,984.85 | | | |
| FED INC TAX | | $51.52 | $2,951.08 | | | |
| FICA | | $44.33 | $1,983.16 | | | |
| MEDICARE | | $10.36 | $463.80 | | | |
| WISCONSIN | | $38.60 | $1,721.84 | | | |
| TOTAL TAXES | | $144.81 | | | | |
| PAI FLEX | | $.60 | $22.80 | | | |
| METLIFE OPT L | | $4.13 | $145.67 | | | |
| DD FIXED 1 | | $25.00 | $950.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                                    **Net Pay**         **$517.98**

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
09/27/2013

Shift: 3  Dept: A520  Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $825.46 |
|---|---|

| MESSAGE AREA | | FEDERAL | | STATE | | |
|---|---|---|---|---|---|---|
| | | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | | M | 01 | WI | M | 01 |
| | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 09/16/2013 | 09/22/2013 | 09/27/2013 | D0057852 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $722.00 | | | | |
| OT | 16.00 | $433.28 | | | | |
| SHIFT | 56.00 | $48.00 | | | | |
| GROSS PAY | | $1,203.28 | $34,592.70 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,187.94 | | | |
| RX STANDARD | | -$2.08 | $81.12 | | | |
| DENTAL PLAN | | $8.54 | $333.06 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,439.88 | | | |
| ADJ GROSS | | $1,166.36 | $33,152.82 | | | |
| SP BEFORE-TAX | | $36.10 | $1,037.71 | | | |
| EARNINGS | | $1,130.26 | $32,115.11 | | | |
| FED INC TAX | | $117.18 | $3,068.26 | | | |
| FICA | | $72.31 | $2,055.47 | | | |
| MEDICARE | | $16.92 | $480.72 | | | |
| WISCONSIN | | $68.66 | $1,790.50 | | | |
| TOTAL TAXES | | $275.07 | | | | |
| PAI FLEX | | $.60 | $23.40 | | | |
| METLIFE OPT L | | $4.13 | $149.80 | | | |
| DD FIXED 1 | | $25.00 | $975.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                     **Net Pay**            $825.46

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
10/04/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | | Net Pay $976.74 | | |
|---|---|---|---|---|
| **MESSAGE AREA** | | **FEDERAL** | | **STATE** |
| | | Marital Status / Exemptions | State | Marital Status / Exemptions |
| | | M / 01 | WI | M / 01 |
| | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES |
| | | 0 | | 0 |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 09/23/2013 | 09/29/2013 | 10/04/2013 | D0058005 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $722.00 | | | | |
| OT | 23.83 | $645.32 | | | | |
| SHIFT | 63.83 | $56.81 | | | | |
| GROSS PAY | | $1,424.13 | $36,016.83 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,218.40 | | | |
| RX STANDARD | | -$2.08 | $83.20 | | | |
| DENTAL PLAN | | $8.54 | $341.60 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,476.80 | | | |
| ADJ GROSS | | $1,387.21 | $34,540.03 | | | |
| SP BEFORE-TAX | | $42.72 | $1,080.43 | | | |
| EARNINGS | | $1,344.49 | $33,459.60 | | | |
| FED INC TAX | | $149.32 | $3,217.58 | | | |
| FICA | | $86.01 | $2,141.48 | | | |
| MEDICARE | | $20.11 | $500.83 | | | |
| WISCONSIN | | $82.58 | $1,873.08 | | | |
| TOTAL TAXES | | $338.02 | | | | |
| PAI FLEX | | $.60 | $24.00 | | | |
| METLIFE OPT L | | $4.13 | $153.93 | | | |
| DD FIXED 1 | | $25.00 | $1,000.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                                **Net Pay**       $976.74

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                    12/10/2013

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
10/11/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $306.61 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 09/30/2013 | 10/06/2013 | 10/11/2013 | D0058156 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 24.00 | $433.20 | | | | |
| SHIFT | 24.00 | $18.00 | | | | |
| GROSS PAY | | $451.20 | $36,468.03 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,248.86 | | | |
| RX STANDARD | | -$2.08 | $85.28 | | | |
| DENTAL PLAN | | $8.54 | $350.14 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,513.72 | | | |
| ADJ GROSS | | $414.28 | $34,954.31 | | | |
| SP BEFORE-TAX | | $13.54 | $1,093.97 | | | |
| EARNINGS | | $400.74 | $33,860.34 | | | |
| FED INC TAX | | $16.61 | $3,234.19 | | | |
| FICA | | $25.69 | $2,167.17 | | | |
| MEDICARE | | $6.01 | $506.84 | | | |
| WISCONSIN | | $16.09 | $1,889.17 | | | |
| TOTAL TAXES | | $64.40 | | | | |
| PAI FLEX | | $.60 | $24.60 | | | |
| METLIFE OPT L | | $4.13 | $158.06 | | | |
| DD FIXED 1 | | $25.00 | $1,025.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**      Net Pay      $306.61

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
10/18/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $748.19 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 10/07/2013 | 10/13/2013 | 10/18/2013 | D0058308 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 32.00 | $577.60 | | | | |
| VAC PAY | 8.00 | $144.40 | | | | |
| OT | 12.00 | $324.96 | | | | |
| SHIFT | 52.00 | $43.50 | | | | |
| GROSS PAY | | $1,090.46 | $37,558.49 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,279.32 | | | |
| RX STANDARD | | -$2.08 | $87.36 | | | |
| DENTAL PLAN | | $8.54 | $358.68 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,550.64 | | | |
| ADJ GROSS | | $1,053.54 | $36,007.85 | | | |
| SP BEFORE-TAX | | $32.71 | $1,126.68 | | | |
| EARNINGS | | $1,020.83 | $34,881.17 | | | |
| FED INC TAX | | $100.77 | $3,334.96 | | | |
| FICA | | $65.32 | $2,232.49 | | | |
| MEDICARE | | $15.27 | $522.11 | | | |
| WISCONSIN | | $61.55 | $1,950.72 | | | |
| TOTAL TAXES | | $242.91 | | | | |
| PAI FLEX | | $.60 | $25.20 | | | |
| METLIFE OPT L | | $4.13 | $162.19 | | | |
| DD FIXED 1 | | $25.00 | $1,050.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                          Net Pay           $748.19

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
10/24/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | | Net Pay $686.66 | | |
|---|---|---|---|---|
| MESSAGE AREA | | FEDERAL | | STATE |
| | | Marital Status / Exemptions | State | Marital Status / Exemptions |
| | | M / 01 | WI | M / 01 |
| RONA DUE 10/24/13 1,132.38 | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES |
| RONA PAID TO DATE .00 | | | | |
| GROSS PAYMENT ENCLOSED 1,132.38 | | 0 | | 0 |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | | RONA | 10/24/2013 | D0058464 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| OTHER | | $1,132.38 | | | | |
| GROSS PAY | | $1,132.38 | $38,690.87 | | | |
| SP BEFORE-TAX | | $33.97 | $1,160.65 | | | |
| EARNINGS | | $1,098.41 | $35,979.58 | | | |
| FED INC TAX | | $274.60 | $3,609.56 | | | |
| FICA | | $70.20 | $2,302.69 | | | |
| MEDICARE | | $16.42 | $538.53 | | | |
| WISCONSIN | | $50.53 | $2,001.25 | | | |
| TOTAL TAXES | | $411.75 | | | | |

**Parker Hannifin Corporation**         **Net Pay**         $686.66

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
10/25/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | | Net Pay $546.40 | |
|---|---|---|---|
| MESSAGE AREA | | FEDERAL | STATE |

| | | | | FEDERAL | | STATE | |
|---|---|---|---|---|---|---|---|
| | | | | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | | | | M | 01 | WI | M | 01 |
| | | | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | | | | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 10/14/2013 | 10/20/2013 | 10/25/2013 | D0058617 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $722.00 | | | | |
| OT | 1.50 | $40.62 | | | | |
| SHIFT | 41.50 | $31.69 | | | | |
| GROSS PAY | | $794.31 | $39,485.18 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,309.78 | | | |
| RX STANDARD | | -$2.08 | $89.44 | | | |
| DENTAL PLAN | | $8.54 | $367.22 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,587.56 | | | |
| ADJ GROSS | | $757.39 | $37,897.62 | | | |
| SP BEFORE-TAX | | $23.83 | $1,184.48 | | | |
| EARNINGS | | $733.56 | $36,713.14 | | | |
| FED INC TAX | | $57.68 | $3,667.24 | | | |
| FICA | | $46.96 | $2,349.65 | | | |
| MEDICARE | | $10.99 | $549.52 | | | |
| WISCONSIN | | $41.80 | $2,043.05 | | | |
| TOTAL TAXES | | $157.43 | | | | |
| PAI FLEX | | $.60 | $25.80 | | | |
| METLIFE OPT L | | $4.13 | $166.32 | | | |
| DD FIXED 1 | | $25.00 | $1,075.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**            **Net Pay**            $546.40

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
11/01/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $306.62 |
|---|---|

| MESSAGE AREA | | FEDERAL | | STATE | |
|---|---|---|---|---|---|
| | | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | | M | 01 | WI | M | 01 |
| | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.0500 | $27.08 | $36.10 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 10/21/2013 | 10/27/2013 | 11/01/2013 | D0058768 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 24.00 | $433.20 | | | | |
| SHIFT | 24.00 | $18.00 | | | | |
| GROSS PAY | | $451.20 | $39,936.38 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,340.24 | | | |
| RX STANDARD | | -$2.08 | $91.52 | | | |
| DENTAL PLAN | | $8.54 | $375.76 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,624.48 | | | |
| ADJ GROSS | | $414.28 | $38,311.90 | | | |
| SP BEFORE-TAX | | $13.54 | $1,198.02 | | | |
| EARNINGS | | $400.74 | $37,113.88 | | | |
| FED INC TAX | | $16.61 | $3,683.85 | | | |
| FICA | | $25.69 | $2,375.34 | | | |
| MEDICARE | | $6.00 | $555.52 | | | |
| WISCONSIN | | $16.09 | $2,059.14 | | | |
| TOTAL TAXES | | $64.39 | | | | |
| PAI FLEX | | $.60 | $26.40 | | | |
| METLIFE OPT L | | $4.13 | $170.45 | | | |
| DD FIXED 1 | | $25.00 | $1,100.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**       **Net Pay**       **$306.62**

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                    12/10/2013

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
11/08/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $681.22 |
|---|---|

| MESSAGE AREA | | FEDERAL | | STATE | | |
|---|---|---|---|---|---|---|
| | | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | | M | 01 | WI | M | 01 |
| | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.3400 | $27.51 | $36.68 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 10/28/2013 | 11/03/2013 | 11/08/2013 | D0058920 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $733.60 | | | | |
| OT | 8.00 | $220.08 | | | | |
| SHIFT | 48.00 | $39.00 | | | | |
| GROSS PAY | | $992.68 | $40,929.06 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,370.70 | | | |
| RX STANDARD | | -$2.08 | $93.60 | | | |
| DENTAL PLAN | | $8.54 | $384.30 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,661.40 | | | |
| ADJ GROSS | | $955.76 | $39,267.66 | | | |
| SP BEFORE-TAX | | $29.78 | $1,227.80 | | | |
| EARNINGS | | $925.98 | $38,039.86 | | | |
| FED INC TAX | | $86.54 | $3,770.39 | | | |
| FICA | | $59.25 | $2,434.59 | | | |
| MEDICARE | | $13.86 | $569.38 | | | |
| WISCONSIN | | $55.38 | $2,114.52 | | | |
| TOTAL TAXES | | $215.03 | | | | |
| PAI FLEX | | $.60 | $27.00 | | | |
| METLIFE OPT L | | $4.13 | $174.58 | | | |
| DD FIXED 1 | | $25.00 | $1,125.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                    **Net Pay**        $681.22

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
11/15/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $671.41 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.3400 | $27.51 | $36.68 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 11/04/2013 | 11/10/2013 | 11/15/2013 | D0059073 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $733.60 | | | | |
| OT | 7.50 | $206.33 | | | | |
| SHIFT | 47.50 | $38.44 | | | | |
| GROSS PAY | | $978.37 | $41,907.43 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,401.16 | | | |
| RX STANDARD | | -$2.08 | $95.68 | | | |
| DENTAL PLAN | | $8.54 | $392.84 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,698.32 | | | |
| ADJ GROSS | | $941.45 | $40,209.11 | | | |
| SP BEFORE-TAX | | $29.35 | $1,257.15 | | | |
| EARNINGS | | $912.10 | $38,951.96 | | | |
| FED INC TAX | | $84.46 | $3,854.85 | | | |
| FICA | | $58.37 | $2,492.96 | | | |
| MEDICARE | | $13.65 | $583.03 | | | |
| WISCONSIN | | $54.48 | $2,169.00 | | | |
| TOTAL TAXES | | $210.96 | | | | |
| PAI FLEX | | $.60 | $27.60 | | | |
| METLIFE OPT L | | $4.13 | $178.71 | | | |
| DD FIXED 1 | | $25.00 | $1,150.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**                    **Net Pay**        $671.41

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
11/22/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $525.76 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.3400 | $27.51 | $36.68 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 11/11/2013 | 11/17/2013 | 11/22/2013 | D0059225 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 32.00 | $586.88 | | | | |
| VAC PAY | 8.00 | $146.72 | | | | |
| SHIFT | 40.00 | $30.00 | | | | |
| GROSS PAY | | $763.60 | $42,671.03 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,431.62 | | | |
| RX STANDARD | | -$2.08 | $97.76 | | | |
| DENTAL PLAN | | $8.54 | $401.38 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,735.24 | | | |
| ADJ GROSS | | $726.68 | $40,935.79 | | | |
| SP BEFORE-TAX | | $22.91 | $1,280.06 | | | |
| EARNINGS | | $703.77 | $39,655.73 | | | |
| FED INC TAX | | $53.21 | $3,908.06 | | | |
| FICA | | $45.06 | $2,538.02 | | | |
| MEDICARE | | $10.54 | $593.57 | | | |
| WISCONSIN | | $39.47 | $2,208.47 | | | |
| TOTAL TAXES | | $148.28 | | | | |
| PAI FLEX | | $.60 | $28.20 | | | |
| METLIFE OPT L | | $4.13 | $182.84 | | | |
| DD FIXED 1 | | $25.00 | $1,175.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**        Net Pay        $525.76

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH  44124
Phone 216-896-3000

**DATE**
11/29/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $681.21 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | |
|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | M | 01 | WI | M | 01 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.3400 | $27.51 | $36.68 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 11/18/2013 | 11/24/2013 | 11/29/2013 | D0059375 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $733.60 | | | | |
| OT | 8.00 | $220.08 | | | | |
| SHIFT | 48.00 | $39.00 | | | | |
| GROSS PAY | | $992.68 | $43,663.71 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,462.08 | | | |
| RX STANDARD | | -$2.08 | $99.84 | | | |
| DENTAL PLAN | | $8.54 | $409.92 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,772.16 | | | |
| ADJ GROSS | | $955.76 | $41,891.55 | | | |
| SP BEFORE-TAX | | $29.78 | $1,309.84 | | | |
| EARNINGS | | $925.98 | $40,581.71 | | | |
| FED INC TAX | | $86.54 | $3,994.60 | | | |
| FICA | | $59.26 | $2,597.28 | | | |
| MEDICARE | | $13.86 | $607.43 | | | |
| WISCONSIN | | $55.38 | $2,263.85 | | | |
| TOTAL TAXES | | $215.04 | | | | |
| PAI FLEX | | $.60 | $28.80 | | | |
| METLIFE OPT L | | $4.13 | $186.97 | | | |
| DD FIXED 1 | | $25.00 | $1,200.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**             **Net Pay**         $681.21

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
12/06/2013

Shift: 3 Dept: A520 Clock #: 10275
CODY C HOFFNER

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: CODY C HOFFNER | Net Pay $421.98 |
|---|---|

| MESSAGE AREA | | FEDERAL | | STATE | |
|---|---|---|---|---|---|
| | | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | | M | 01 | WI | M | 01 |
| | | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $18.3400 | $27.51 | $36.68 | *See ESS | 1274P4065 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 10275 | XXX-XX-9802 | 3 | A520 | 11/25/2013 | 12/01/2013 | 12/06/2013 | D0059529 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 16.00 | $293.44 | | | | |
| HOLIDAY | 16.00 | $293.44 | | | | |
| SHIFT | 32.00 | $24.00 | | | | |
| GROSS PAY | | $610.88 | $44,274.59 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $30.46 | $1,492.54 | | | |
| RX STANDARD | | -$2.08 | $101.92 | | | |
| DENTAL PLAN | | $8.54 | $418.46 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$36.92 | $1,809.08 | | | |
| ADJ GROSS | | $573.96 | $42,465.51 | | | |
| SP BEFORE-TAX | | $18.33 | $1,328.17 | | | |
| EARNINGS | | $555.63 | $41,137.34 | | | |
| FED INC TAX | | $32.10 | $4,026.70 | | | |
| FICA | | $35.58 | $2,632.86 | | | |
| MEDICARE | | $8.32 | $615.75 | | | |
| WISCONSIN | | $27.92 | $2,291.77 | | | |
| TOTAL TAXES | | $103.92 | | | | |
| PAI FLEX | | $.60 | $29.40 | | | |
| METLIFE OPT L | | $4.13 | $191.10 | | | |
| DD FIXED 1 | | $25.00 | $1,225.00 | | | |
| TOTAL DED | | $29.73 | | | | |

**Parker Hannifin Corporation**           **Net Pay**           $421.98

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp           12/10/2013

Dallas Care & Rehab
Dallas, WI 54733

Sasha M Hoffner
N14475 860th St
Chetek, WI 54728

| Employee Pay Stub | | Check number: DD | | | Pay Period: 08/18/2013 - 08/31/2013 | Pay Date: 09/12/2013 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Sasha M Hoffner, N14475 860th St, Chetek, WI 54728 | | | | | ***-**-8254 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 682 LPN-Shift Premium | 11:15 | 19.25 | 216.56 | |
| 682 LPN-Shift Premium | 16:45 | 19.50 | 326.63 | 23,960.19 |
| 923 LPN-PTO | 36:00 | 19.00 | 684.00 | 950.00 |
| 682 LPN-Holiday | | | | 266.66 |
| 682 LPN-OT | | | | 897.75 |
| 682 LPN-Reg | | | | 3,678.50 |
| 682 LPN-Bonus | | | | 50.00 |
| 682 LPN-Shift Premium OT | | | | 4,940.39 |
| | 64:00 | | 1,227.19 | 34,733.51 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -79.00 | -3,225.00 |
| Social Security Employee | | | -76.09 | -2,153.48 |
| Medicare Employee | | | -17.80 | -503.64 |
| WI - Withholding | | | -65.03 | -2,061.15 |
| | | | -237.92 | -7,943.27 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Aflac Insurance (after-tax) | | | -15.00 | -120.00 |
| **Net Pay** | | | 974.27 | 26,670.24 |

Dallas Care & Rehab, Dallas, WI 54733, SENIOR MANAGEMENT INC

Powered by **Intuit Payroll**

Dallas Care & Rehab
Dallas, WI 54733

Sasha M Hoffner
N14475 860th St
Chetek, WI 54728

| Employee Pay Stub | | Check number: DD | | Pay Period: 09/01/2013 - 09/14/2013 | Pay Date: 09/26/2013 |
|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | |
| Sasha M Hoffner, N14475 860th St, Chetek, WI 54728 | | | | ***-**-8254 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 682.LPN-Shift Premium | 24:30 | 19.25 | 471.63 | |
| 682.LPN-Shift Premium | 42:00 | 19.50 | 819.00 | 25,240.82 |
| 682.LPN-Holiday | | | | 266.68 |
| 682.LPN-OT | | | | 897.75 |
| 682.LPN-Reg | | | | 3,678.50 |
| 923.LPN-PTO | | | | 950.00 |
| 682.LPN-Bonus | | | | 50.00 |
| 682.LPN-Shift Premium OT | | | | 4,940.39 |
| | 66:30 | | 1,290.63 | 36,024.14 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -59.00 | -3,314.00 |
| Social Security Employee | -80.02 | -2,233.50 |
| Medicare Employee | -18.71 | -522.35 |
| WI - Withholding | -69.98 | -2,131.13 |
| | -257.71 | -8,200.98 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Aflac Insurance (after-tax) | -15.00 | -135.00 |

| Net Pay | 1,017.92 | 27,688.16 |
|---|---|---|

Dallas Care & Rehab, Dallas, WI 54733, SENIOR MANAGEMENT INC

Powered by Intuit Payroll

Dallas Care & Rehab
Dallas, WI 54733

Sasha M Hoffner
N14475 860th St
Chetek, WI 54728

| Employee Pay Stub | | Check number: 29908 | | Pay Period: 09/15/2013 - 09/28/2013 | Pay Date: 10/10/2013 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| Sasha M Hoffner, N14475 860th St, Chetek, WI 54728 | | | | ***-**-8254 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 682.LPN-Shift Premium | 20:15 | 19.25 | 389.81 | |
| 682.LPN-Shift Premium | 28:30 | 19.50 | 555.75 | |
| 682.LPN-Shift Premium | 10:00 | 24.25 | 242.50 | |
| 682.LPN-Shift Premium | 21:15 | 24.50 | 520.63 | 26,949.51 |
| 682.LPN-Shift Premium OT | 6:30 | 28.88 | 187.72 | |
| 682.LPN-Shift Premium OT | 19:30 | 29.25 | 570.38 | 5,698.49 |
| 682.LPN-Reg | 6:00 | 24.00 | 144.00 | 3,822.50 |
| 682.LPN-Holiday | | | | 266.68 |
| 682.LPN-OT | | | | 897.75 |
| 923.LPN-PTO | | | | 950.00 |
| 682.LPN-Bonus | | | | 50.00 |
| | 112:00 | | 2,610.79 | 38,634.93 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -129.00 | -3,443.00 |
| Social Security Employee | -161.87 | -2,395.37 |
| Medicare Employee | -37.86 | -560.21 |
| WI - Withholding | -154.31 | -2,285.44 |
| | -483.04 | -8,684.02 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Aflac Insurance (after-tax) | -15.00 | -150.00 |

| Net Pay | 2,112.75 | 29,800.91 |
|---|---|---|

Dallas Care & Rehab, Dallas, WI 54733, SENIOR MANAGEMENT INC

Powered by Intuit Payroll

Dallas Care & Rehab
Dallas, WI 54733

Sasha M Hoffner
N14475 860th St
Chetek, WI 54728

| Employee Pay Stub | | Check number: 29975 | | | Pay Period: 09/29/2013 - 10/12/2013 | Pay Date: 10/24/2013 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| Sasha M Hoffner, N14475 860th St, Chetek, WI 54728 | | | | | ***-**-8264 / Married/Married | Fed-8/0/WI-8/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| 923.LPN-PTO | 6:00 | 19.00 | 114.00 | 1,064.00 |
| 923.LPN-ESL | 49:00 | 19.00 | 931.00 | 931.00 |
| 682.LPN-Holiday | | | | 266.68 |
| 682.LPN-OT | | | | 897.75 |
| 682.LPN-Reg | | | | 3,822.50 |
| 682.LPN-Shift Premium | | | | 26,949.51 |
| 682.LPN-Bonus | | | | 50.00 |
| 682.LPN-Shift Premium OT | | | | 5,698.49 |
| | 55:00 | | 1,045.00 | 39,679.93 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -3,443.00 |
| Social Security Employee | -64.79 | -2,460.16 |
| Medicare Employee | -15.15 | -575.36 |
| WI - Withholding | -44.90 | -2,330.34 |
| | -124.84 | -8,808.86 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Aflac Insurance (after-tax) | -15.00 | -165.00 |

| **Net Pay** | **905.16** | **30,706.07** |
|---|---|---|

Dallas Care & Rehab, Dallas, WI 54733, SENIOR MANAGEMENT INC                    Powered by Intuit Payroll